CENTER FOR DISABILITY ACCESS
Isabel Masanque, Esq., SBN 292673
Chris Carson, Esq., SBN 280048
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mary Melton, Esq., SBN 164407
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

ANDREW R. STILWELL (SBN: 229469)
Paralegal@PatelStilwell.com
PATEL | STILWELL, LLP
2655 Camino Del Rio North, Suite 320
San Diego, CA 92108
Telephone: (619) 940-6623
Facsimile: (858) 716-9750
Attorney for Defendants
L3 Real Estate Solutions Inc. and Pacific
Coast Lodging, Inc.

GRANTED

Judge Yvonne Gonzalez Rogers

5/3/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAM LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>L3 REAL ESTATE SOLUTIONS INC., a California Corporation; PACIFIC COAST LODGING, INC., a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 4:17-CV-07337-YGR<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

Joint Stipulation for Dismissal    Case: 4:17-CV-07337-YGR

## STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 1, 2018    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: May 1, 2018    PATEL | STILWELL, LLP

By: /s/ Andrew R. Stilwell
    Andrew R. Stilwell
    Attorney for Defendants
    L3 Real Estate Solutions Inc. and
    Pacific Coast Lodging, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Andrew R. Stilwell, counsel for L3 Real Estate Solutions Inc. and Pacific Coast Lodging, Inc., and that I have obtained Mr. Stilwell's authorization to affix his electronic signature to this document.

Dated: May 1, 2018                    CENTER FOR DISABILITY ACCESS

                                      By: /s/ Phyl Grace
                                          Phyl Grace
                                          Attorneys for Plaintiff